UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOSHUA L. OTEY,

    Plaintiff,

        v.

CITY OF FAIRVIEW HEIGHTS,

    Defendant.

Case No. 13-cv-736-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion to dismiss filed by defendant City of Fairview Heights and former defendant Michael Hoguet (Doc. 14).  Since Fairview Heights and Hoguet filed the motion to dismiss, the plaintiff has amended the complaint (Doc. 26).  Because the motion to dismiss is directed at the original complaint, which is no longer the operative pleading in this case, *Massey v. Helman*, 196 F.3d 727, 735 (7th Cir. 1999), the Court **DENIES as moot** the motion to dismiss (Doc. 14).

**IT IS SO ORDERED.**
**DATED: April 14, 2014**

                                        s/J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**